**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MIKE PETINSKY, individually,** | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : |
| | : **Case No. 13-cv-23642-ASG** |
| **WESTSIDE CENTER LTD., a Florida limited partnership,** | : |
| | : |
| | : |
| **Defendant.** | : |
| ________________________________________/ | |

**PLAINTIFF'S VERIFIED STATEMENT**
**REGARDING PRIOR FILINGS UNDER THE ADA**

COMES NOW the undersigned counsel, Jeannette E. Albo, attorney for Plaintiff, and states as follows:

Prior to the filing of the instant cause, I reviewed the Court records pursuant to the PACER system and the list of "ADA Cases/Subject Property Addresses (2004-Present)" to ascertain whether or not the property at issue herein was the subject of any previously filed action. The Court Records indicate that Defendant was previously sued with regard to ADA violations at the subject property in the case of *Brother et al v. Westside Center, Inc.*, Case No. 07-22505-ASG, filed on September 24, 2007 and closed on November 30, 2007.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2013.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this October 31, 2013.

Respectfully submitted,

Attorney for Plaintiff:

By:

Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com