**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MIKE PETINSKY, individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | **Case No. 13-cv-23642-ASG** |
| **WESTSIDE CENTER LTD., a Florida limited partnership,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| ______________________________________/ | | |

**PLAINTIFF'S VERIFIED SUPPLEMENTAL STATEMENT**
**REGARDING PRIOR FILINGS UNDER THE ADA**

COMES NOW the undersigned counsel, Jeannette E. Albo, attorney for Plaintiff, and states as follows in response to the Court's Order of December 4, 2013 (DE 9):

1. As an officer of the Court, and attorney for Plaintiff, I do hereby certify that a similar case was filed against the property at issue here. Specifically, the case of *Brother et al v. Westside Center, Inc.*, Case No. 07-22505-ASG, brought under Title III of the ADA, was filed in this Court on September 24, 2007 and closed on November 30, 2007 (the "Prior Action").

2. The Prior Action was disposed of by a Stipulation for Dismissal submitted by the parties involved.

3. Before filing this lawsuit, the undesigned requested any settlement agreement entered into in the Prior Action but defense counsel in that Prior Action never provided counsel with same. Therefore, Plaintiff's counsel is completely unaware of the terms of that settlement or the status of the modifications agreed to in that settlement.

4. See response to No. 3, above. However, Plaintiff visited the property at issue here before filing the lawsuit and found the many ADA violations listed in Paragraph 7 of the Complaint.

5. See responses to Nos. 3 and 4, above. Not being a party to any settlement reached in the Prior Action, Plaintiff has not standing to enforce same. *See, e,g., Owen Harty v. YDB 3 Lakes, Inc.*, 0:09-cv-61386-JIC (S.D. Fla. Feb. 2, 2010 at DE 31).

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2013.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this December 31, 2013.

Respectfully submitted,

Attorney for Plaintiff:

By:

Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com