UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MIKE PETINSKY, individually,

Case No. 1:13-cv-23642-ASG

Plaintiff,

WESTSIDE CENTER LTD., a Florida limited partnership,

Defendant.
_______________________________________/

**CERTIFICATE OF DEFENDANT'S COUNSEL REGARDING PRIOR FILINGS**

Pursuant to this Court's Order Requiring Certificate of Counsel Regarding Any Prior Filings under the Americans with Disability Act (the "**Order**") [ECF No. 9] and S.D. Fla. L.R. 3.8, the undersigned states as follows:

**Same Case**

As an officer of the Court, and counsel for Defendant, Westside Center Ltd., I do hereby certify that the above-styled case has never been filed before in either state or federal court. Under my direction, a search has been made on both state and federal court records with the result that I can find no prior filing of this same case. **I have found similarly related cases as set forth more fully below.**

Further, I certify that, other than the related cases listed below, this same case has never been considered by another judge in a prior filing and (a) *sua sponte* dismissed, either with or without prejudice to refile, (b) voluntarily dismissed by me or any other lawyer or a party seeking to sue this same defendant on this same cause of action, (c) involuntarily dismissed with or without prejudice to refile for a technical violation of either federal or Southern District Local Rules of Court which would (as an example) include failure to pay filing fee, failure to allege

citizenship, failure to obtain default, failure to timely amend, failure to attend a scheduled court hearing, failure to file a Rule 16 scheduling report, failure to file a pretrial stipulation, failure to attend a call of the calendar when ordered, or any other technical violation of the rules.

**Similarly Related Cases**

A. *Padilla v. Pendaflex, Inc. and Westside Center Ltd.*, Case No. 1:10-cv-20690-JAL

| | |
|---|---|
| Present Status: | Settled. |
| Details of Settlement: | To the best of Defendant's knowledge, Plaintiff and *Pendaflex, Inc.* (a Chico's Restaurant) settled the lawsuit and Defendant was not involved in the settlement. |
| Compliance with Prior Settlement: | To the best of Defendant's knowledge, *Pendaflex, Inc.* performed the necessary work as contemplated in the settlement. |
| Efforts to Enforce Prior Settlement: | None to Defendant's knowledge. |

B. *Padilla v. Navarro Discount Pharmacies No 22, LLC and Westside Center Ltd.*, Case No. 1:10-cv-20705-MGC

| | |
|---|---|
| Present Status: | Dismissed. |
| Details of Settlement: | N/A |
| Compliance with Prior Settlement: | N/A |
| Efforts to Enforce Prior Settlement: | N/A |

C. *Disability Advocates and Counseling Group, Inc. and Steven Brother v. Westside Center Ltd.*, Case No. 1:07-cv-22505-ASG

| | |
|---|---|
| Present Status: | Dismissed |
| Details of Settlement: | N/A |
| Compliance with Prior Settlement: | N/A |

Efforts to Enforce Prior Settlement: N/A

D. *Joe Houston v. Westside Center Ltd.*, Case No. 1:03-cv-23312-MGC

Present Status: Settled, according to the filings in the case.

Details of Settlement: Unknown, due to the amount of time that has passed since the lawsuit; Defendant is trying to obtain records from the lawsuit but cannot ascertain the details of settlement at this time.

Efforts to Enforce Prior Settlement: None to Defendant's knowledge.

E. *Access for the Disabled, Inc. v. Westside Center Ltd.*, Case No. 1:01-cv-02055-JAL

Present Status: Settled, according to the filings in the case.

Details of Settlement: Unknown, due to the amount of time that has passed since the lawsuit; Defendant is trying to obtain records from the lawsuit but cannot ascertain the details of settlement at this time.

Efforts to Enforce Prior Settlement: None to Defendant's knowledge.

Respectfully Submitted,

**Arnstein & Lehr LLP**
Counsel to Defendant
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131
Telephone: 305.428.4515
Facsimile: 305.374.4744
Emails: setrench@arnstein.com
akang@arnstein.com

By: /s/ Susan Trench
Susan Trench
Florida Bar No. 253804
Anthony Kang
Florida Bar No. 044311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on: THOMAS B. BACON, ESQUIRE, Thomas B. Bacon P.A., 4868 SW 103rd Avenue, Cooper City, Florida 33328 (tbb@thomasbaconlaw.com); and PHILIP MICHAEL CULLEN, III, ESQUIRE, 621 S Federal Highway, Fort Lauderdale, Florida, 33301-3146 (CULLENIII@aol.com).

By: /s/ Anthony Kang
Anthony Kang
Florida Bar No. 044311